Theodore G. Smith and John B. Johnston, as Receivers of James Imbrie, and Others, Copartners, etc., Appellants, v. D. Nagase & Company, Ltd.,

---

* Laws of 1901, chap. 466, § 951, as amd. by Laws of 1920, chap. 786.— [Rep.

Respondent.— Order reversed on the facts and in the exercise of our discretion, and motion granted on condition that within ten days plaintiffs pay the costs of the action to date, to be taxed, and at the option of defendant the case to retain its present place on the calendar. If such costs be not paid within five days after they are taxed, the order is affirmed, with ten dollars costs and disbursements. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.